**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA and BLUECHOICE HEALTHPLAN OF SOUTH CAROLINA, INC.,** | ) ) ) |
| | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| **v.** | ) ) **Case No.** <u>16-1501 C</u> |
| **THE UNITED STATES OF AMERICA,** | ) ) ) |
| **Defendant.** | ) ) |

**PLAINTIFF BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA'S
RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Blue Cross and Blue Shield of South Carolina, pursuant to Rule 7.1 of the

Rules of United States Court of Federal Claims, hereby files its disclosure statement and states

that no parent corporation nor any publicly held corporation owns 10% or more of its stock.


Dated: November 15, 2016

Respectfully submitted,

McDERMOTT WILL & EMERY LLP


By:*/s/ Joshua D. Rogaczewski*
Ankur J. Goel+ (*application pending*)
Joshua D. Rogaczewski
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, DC  20001-1531
+1 202 756 8000

Christopher M. Murphy+
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
+1 312 372 2000

*+ Of Counsel to Plaintiffs*